UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DONALD P. ROSENDALE,

                         Plaintiff,

          - against -

NANCY BRUSIE, DONALD SMITH, TOWN OF
AMENIA, NEW YORK,

                       Defendant.
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 8149 (CLB) (GAY)

The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_X\_ **All Purposes**

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ \_\_\_ All purposes permitted by law

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

       Particular Motion:_____

       All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
            September 26, 2007

                                                                   *Charles Brieant*
                                                               United States District Judge