# RICE & AMON
### ATTORNEYS AT LAW
FOUR EXECUTIVE BOULEVARD
SUITE 100
SUFFERN, NEW YORK 10901
(845) 357-4000
Fax: (845) 357-0765

TERRY RICE *
CLAUDIA AMON
* ADMITTED TO PRACTICE IN N.Y. & N.J.

SHELDON DAMSKY
OF COUNSEL

November 15, 2007
Fax (914) 390-4095



U.S. DISTRICT COURT
FILED
NOV 19 2007
W.P.
S.D. OF N.Y.

Hon. George A. Yanthis
Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

**Re: Rosendale v. Brusie et al**
**05 CV 10759 (CLB)(GAY)**

Dear Judge Yanthis:

I represent the Defendants in the above-captioned matter. I have just received a response from Mr. Rosendale, dated November 14, 2007, to my letter application dated November 14, 2007.

If it is agreeable to the Court and if, in fact, Mr. Rosendale is accurate in contending that he has made only minor changes in the first amended complaint, I have no objection to the pending motion to dismiss being considered to apply to the first amended complaint provided that I may also address new matters brought up in the first amended complaint in my reply papers and that I have until December 12, 2007 to serve and file the reply papers. As I mentioned in my November 14, 2007, because of other pending matters, I cannot deal with this or any other matter until that time.

I would also request that Mr. Rosendale provide a red-lined or similar copy of the first amended complaint depicting the changes between the initial complaint and first amended complaint so that I can verify that the purported "minor" changes are in fact insubstantial.

This Court previously determined that Mr. Rosendale's motion for summary judgment be held in abeyance until the motion to dismiss is determined. I submit that it is appropriate that the summary judgment motion be held in abeyance until after the motion to dismiss is decided and that, if the entire action is not disposed of on the motion to dismiss, the Court hold a conference to determine what discovery, if any, is necessary before the parties move for summary judgment

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

I do not address the balance of Mr. Rosendale's letter that does not deal with the instant application and he should not interpret such as agreement in any respect. Thank you for your consideration.

Very truly yours,

Terry Rice

TR-wp-1114/134-35
cc: D. Rosendale (917) 591-6357

## TRANSMISSION VERIFICATION REPORT

```
TIME   : 11/15/2007 09:55
NAME   : RICE AND AMOM
FAX    : 8453570765
TEL    : 8453574000
SER.#  : 000A5J415644
```

```
DATE,TIME           11/15  09:54
FAX NO./NAME        19175916357
DURATION            00:00:32
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```