Don Rosendale
4848 Route 44
Amenia, N.Y. 12501
845.373.9017 Fax: 917.591.6357



November 15, 2007

The Hon. George Yanthis
U.S. Magistrate Judge
300 Quarropas St.
White Plains, N.Y. 10601

re: Rosendale vs. Brusie et al 05 Civ 10759 (CLB, GAY)

Dear Judge Yanthis:

While not abandoning my request that now that Mr. Rice has shown his hand I be allowed to proceed with my properly-brought summary judgement motion, I would have no problem allowing him a third postponement.

In his letter to you he said that he was tied up until Nov. 26th on another case. That leaves him the rest of that week to respond to paper he already has, re-hashing old arguments, and so such a response could easily be finished by a lawyer of his skills by Monday, December 3rd, which would be about 16 weeks since the action was served, and that he be limited to responding to my papers and not bringing fresh arguments.

I note that in contacting the court I am only being responsive to Mr. Rice's transmissions to you and not raising issues on my own, which I will try to refrain from doing.

Sincerely,

Donald P. Rosendale

cc: Terry Rice